MARY S. BOYCE, Respondent, *v.* GREELEY SQUARE HOTEL COMPANY, Appellant.

Reported below, 181 App. Div. 61.

(Submitted March 4, 1918; decided March 12, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 28, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. The order of affirmance read: "Jenks, P. J., and Blackmar, J., vote to reverse unless plaintiff stipulate to reduce the verdict to $2,500, in which case they vote to affirm."

The motion was made upon the grounds that the case does not present any question of law that can be reviewed by this court and that there was no dissent below within the meaning of subdivision 1 of section 190 of the Code of Civil Procedure as amended April 30, 1917, to take effect June 1, 1917.

*Benjamin Patterson* for motion.

*Kenneth C. Kirtland* opposed.

Motion denied, with ten dollars costs.